MARINA LUSSIER *v.* ROBERTA SPINNATO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 69 Conn. App. 136 (AC 21372), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard M. Franchi*, in support of the petition.

Decided July 17, 2002